AO 91 (Rev. 11/11)  Criminal Complaint

## UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| Eugene Antoine Whitmore | ) |
| | ) **3   13   70505** |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 28, 2012 and April 18, 2013__ in the county of _____San Francisco_____ in the

__Northern__ District of _____California_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), (b)(1)(C) | Possession w/ Intent to Distribute Crack Cocaine/ Penalties: Impris. Max. 20 Years; Fine $1,000,000; Supervised Release Mand. 3 Years; $100 |
| 18 U.S.C. 924(c)(1) | Possession of a Firearm During/In Relation to a Drug Trafficking Crime Penalties: Impris. Mand. Min. Five Years Consecutive to Any Other Term of Impris./Max. Life Impris.; Fine $250,000; Supervised Release Max. 5 years; $100 |
| 18 U.S.C. 922(n) | Receipt of a Firearm by Person Under Indictment/ Penalties: Impris. Max 10 Years; Fine $250,000; Supervised Release Max 3 Years; $100 |

This criminal complaint is based on these facts:

See Attached Affidavit of ATF Special Agent Nathan Sanchez

Approved as to Form: _____ AUSA Natalie Lee

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nathan Sanchez, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __5/2/2013__

_____
*Judge's signature*

City and state: _____San Francisco, California_____

Honorable Joseph C. Spero, Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF ATF SPECIAL AGENT NATHAN SANCHEZ
## IN SUPPORT OF CRIMINAL COMPLAINT

I, NATHAN SANCHEZ, Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, do declare and state:

## I.   INTRODUCTION

1.  I am employed by the United States Department of Justice as a Special Agent (S/A) for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since September of 2012. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator (CI) Course and the ATF National Academy, Special Agent Basic Training (SABT) Course. These Courses were approximately twenty-six weeks in length and provided training in conducting Criminal investigations of Federal Firearms, Explosives and Arson Laws.

2.  This Affidavit is made in support of a Criminal Complaint charging EUGENE ANTOINE WHITMORE, with (1) possessing with intent to distribute crack cocaine, in violation of 21 U.S.C. § 841(a)(1); (2) possessing a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1); and (3) receiving a firearm while under indictment for a crime punishable by a term of imprisonment exceeding one year, in violation of 18 U.S.C. § 922(n).

3.  Because this Affidavit is submitted for the limited purpose of obtaining an arrest warrant, I have not included each and every fact known to me that supports probable cause for arrest. Rather, I have set forth only the facts that I believe are necessary to support the lawful arrest of the individual listed in this Affidavit.

4.  In addition, where statements made by other individuals (including other Special Agents and law enforcement officers) are referenced in this Affidavit, such statements are described in sum and substance and in relevant part. Similarly, where information contained in reports and other documents or records are referenced in this Affidavit, such information is also described in sum and substance and in relevant part.

## II.   BACKGROUND

5.  I learned from other law enforcement officers and from reports prepared by them that on or about June 28, 2012, members of the San Francisco Police Department (SFPD) affected a traffic stop on a vehicle that had loud amplified sound emanating from it, in violation of 27007 California Vehicle Code ("CVC), and an expired registration, in violation of 4000A CVC. Per the police reports, officers made contact with the driver of the vehicle, later identified as EUGENE ANTOINE WHITMORE, and inquired about the expired registration. Per the police reports, WHITMORE replied that he had just picked

up the car from a man named "Tone" and could not produce any DMV paperwork such as a bill of sale, registration, and insurance. Per the police reports, WHITMORE displayed very nervous behavior, such as fidgeting in his seat, repeating himself, pointing to an open glove box, and appeared shaky and broken up as he responded to officers' questions regarding his lack of paperwork.

6. Per the police reports, during questioning regarding his lack of paperwork, officers noticed a sizeable lump in WHITMORE's front hoodie pocket. Officers inquired of WHITMORE what was in his pocket, and WHITMORE responded: "Bullets." Per the police reports, WHITMORE then attempted to reach into his hoodie pocket, and, at that point, officers grabbed both of WHITMORE's hands due to the concern that WHITMORE may have been in possession of a firearm.

7. Per the police reports, WHITMORE was eased out of the vehicle by officers who then seized 22 .9mm bullets from his front hoodie pocket. Officers also recovered a black Beretta .9mm handgun which had been concealed in his right waistband area of his jeans, further concealed by his oversized hoodie.

8. Per the police reports, during a tow inventory search of the vehicle which WHITMORE had been driving, officers located a "Glad" sandwich baggie box containing a clear plastic baggie with several large off-white chunks of suspected crack cocaine. Also in the sandwich baggie box were additional empty and new sandwich baggies.

9. Per the police reports, WHITMORE was Mirandized by an officer, waived his Miranda rights, and stated that he intended to sell the crack cocaine in the area because he needed to support his kid. The suspected crack cocaine was tested at the Tenderloin Station using a Cocaine Reagent NARCOPOUCH #904B test; the substance tested presumptive positive for the presence of cocaine, and its weight was approximately 18.3 grams gross which is consistent with possession for sales.

10. I have consulted with ATF Resident Agent in Charge ("RAC") Joseph Belisle who advised me that it was his opinion that if the firearm described above, a Beretta, model 92SB, 9mm pistol, bearing serial number B79814Z, was received and/or possessed in the State of California, then it traveled in or affected interstate and/or foreign commerce.

11. I further learned from other law enforcement officers and from reports prepared by them that on or about April 18, 2013, members of the San Francisco Police Department (SFPD) developed information that a black male described as "wearing a grey knit cap and a white tank top," a second suspect described as a "black male wearing a black hooded sweatshirt," later to be identified as EUGENE ANTOINE WHITMORE, and a third suspect described as a "light skinned black female" were in the Tenderloin walking together, and that the black male wearing the "black hooded sweatshirt" was believed to be in possession of a concealed firearm.

12. Per the police reports, officers who were driving in the area of Ellis and Jones Streets saw the three suspects who matched the above description. Officers then exited their patrol

2

car in order to further investigate. When the officers were approximately five to ten feet away from the three suspects, officers, with their firearms and police stars drawn, announced that they were police and ordered the three individuals to stop. At that time, per the police reports, WHITMORE stepped off the curb and began walking in the crosswalk, refusing to stop for police. Moments later, WHITMORE stopped walking and then laid down on the street where officers conducted a pat search for weapons and found an Intratec, 9mm, Model AB-10, semi-automatic handgun, with an extended magazine containing 50 rounds of ammunition, slung around his shoulder via a black shoestring which was tied at the ends. Officers were able to see the barrel of the gun tucked into the front waistband of WHITMORE.

13. Per the police reports, officers conducted a computer work-up of the Intratec firearm described above, and it was shown to be stolen out of Fresno, California. Further, per the police reports, officers conducted a criminal background check of WHITMORE which revealed an open and pending gun case in the San Francisco Superior Court and was under indictment for felony gun and narcotics charges.

14. I have consulted with ATF Resident Agent in Charge ("RAC") Joseph Belisle who advised me that it was his opinion that if the firearm described above, one Intratec, AB-10, 9mm pistol, S/N A001069, was received and/or possessed in the State of California, then it traveled in or affected interstate and/or foreign commerce.

15. Based on the above statements, I believe that there is probable cause to believe that ANTOINE EUGENE WHITMORE knowingly and intentionally possessed with intent to distribute crack cocaine, in violation of 21 U.S.C. § 841(a)(1); unlawfully and knowingly possessed a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1); and knowingly received a firearm while under indictment for a crime punishable by imprisonment exceeding one year, in violation of 18 U.S.C. § 922(n).


NATHAN SANCHEZ
Special Agent
ATF


Sworn to and subscribed before me
this 2nd day of May, 2013


HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

3